

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of S.G. and
K.C., children,

\* From the 446th District Court
of Ector County,
Trial Court No. E-24-042-PC.

No. 11-25-00176-CV

\* December 18, 2025

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, we affirm the order of the trial court.